IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

JOYCE HENRY,                               :
                                           :       C.A. No: K14C-03-002 RBY
              Plaintiff,                    :
                                           :
_____                                  :
                                           :
       v.                                  :
                                           :
MIDDLETOWN FARMERS MARKET,                 :
LLC, a Delaware limited liability company, :
MOSES F. ZOOK, individually and            :
d/b/a DUTCH COUNTRY FARMERS                 :
MARKET, JEANETTE L. WATERS and             :
FRANCES DUSELL,                            :
                                           :
              Defendants.                  :

_____

*Submitted: July 27, 2015*
*Decided: July 28, 2015*


***Upon Consideration of Defendants'***
***Motion to Dismiss***
***GRANTED***

**ORDER**

Joyce Henry, *Pro se*.

Jeanette L. Waters, *pro se*.

Frances Dusell, *pro se*.


Young, J.

## <u>DECISION</u>

Joyce Henry ("Plaintiff"), a patron of Dutch Country Farmer's Market, was allegedly injured when a vendor table, operated by Jeanette Waters and Frances Dusell ("Defendants"), was swept up by a gust of wind, making impact with her person.

Several months ago, two events occurred, bringing the action to a stand-still. On March 5th, Plaintiff's Counsel, Scott E. Chambers, Esq., filed a motion to withdraw, as he had been unable to contact Plaintiff for some time. Although unknown to the Court at the time, on March 7th, Plaintiff passed away. Counsel's motion was granted on April 2, 2015.

On July 6, 2015, Defendants' moved to dismiss Plaintiff's action, following the withdrawal of her Counsel, as well as her death. Plaintiff, or a representative of hers, had until July 23, 2015, to respond to this motion. Defendants' motion was not responded to, nor has anyone stepped forward to continue this action on Plaintiff's behalf.

The reason asserted by the *pro se* Defendants for dismissal ("There is no plaintiff anymore") does not articulate a proper basis for Dismissal. On the other hand, interpreting it more as a Dismissal on the basis of a failure to prosecute the action would have merit.

Accordingly, on that basis, Defendants' motion is **GRANTED** to the extent that this matter is **DISMISSED** *without* prejudice.

**IT IS SO ORDERED**.

        <u> /s/ Robert B. Young   </u>
               J.

RBY/lmc
oc: Prothonotary
cc: Joyce Henry
   Jeannette Waters
   Frances Dusell
   Opinion Distribution